IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISMAEL MARTINEZ RIVAS, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-00301-DAE |
| | § | |
| ORTEGA, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

ORDER FOR ADDITIONAL BRIEFING

Before the Court is Ismael Martinez Rivas's ("Petitioner") Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt. # 5), and Federal Respondents'[1] Response (Dkt. # 8). Petitioner has not filed a reply. The Court requires more information before it can rule on the Amended Petition.

**IT IS THEREFORE ORDERED** that, on or before **April 3, 2026**, Petitioner shall file supplemental briefing with answers to the following questions:

1. When did Petitioner enter the United States for the first time?

---

[1] Federal Respondents includes Sylvester M. Ortega, Director of Enforcement and Removal Operations, San Antonio Field Office, U.S. Immigrations and Customs Enforcement; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Department of Homeland Security ("DHS"); and the Executive Office for Immigration Review ("EOIR").

1

2. After Petitioner was released on his own recognizance in 2019, did he remain in the United States?  What were the details surrounding his departure and subsequent re-entry without inspection?

3. What were the circumstances of Petitioner's detention on December 24, 2025? In other words, how was Petitioner encountered by immigration authorities?

4. Does Petitioner have family in the United States? Does Petitioner have any United States Citizen or lawful permanent resident family members?

5. Does Petitioner have any criminal history? If so, please provide further details for the Court.

6. What other connections has Petitioner established with the United States, if any?

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, March 20, 2026.

_____
David Alan Ezra
Senior United States District Judge

2